UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRADLEY COOPER, )
        Petitioner, )
v. ) No. 1:14-cv-0057-TWP-DKL
)
BRIAN SMITH, )
)
        Respondent. )

# FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons set forth in the accompanying Entry, the Court now enters FINAL JUDGMENT. The petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

Date: 10/15/2014

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Bradley Cooper, No. 147480
Wabash Valley Correctional Facility
Electronic Service Participant – Court Only

Electronically registered counsel